Wesley Ridout (pro hac vice)
wesley.ridout@hklaw.com
HOLLAND & KNIGHT
50 N. Laura Street, Ste. 3900
Jacksonville, FL 32202
Telephone: 904: 798.7327
Fax: 904.358.1872
*Attorneys for Defendant Toyota Motor Credit Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RACHEL BYERS,<br><br>Plaintiff.<br><br>v.<br><br>TRANSUNION, LLC; TOYOTA MOTOR CREDIT CORPORATION; AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No. 6:21-cv-00664-MK<br><br>**STIPULATION TO ARBITRATE AND STAY ALL PROCEEDINGS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Rachel Byers ("Plaintiff"), and Defendant Toyota Motor Credit Corporation ("Defendant") that the claims against Defendant in the United States District Court, District of Oregon action entitled *Byers v. Toyota Motor Credit Corporation.* (Case No. 6:21-cv-00664-MK) (the "Action") shall be submitted to binding arbitration pursuant to the arbitration agreement signed by Plaintiff in relation to her financing through Defendant (the "Agreement").

Page 1 of 3 -   STIPULATION TO ARBITRATE
AND STAY ALL PROCEEDINGS

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their counsel of record, as follows:

1. The Action, as it relates to Plaintiff's claims against Defendant under the Fair Credit Reporting Act ("FCRA") 15 U.S.C §§ 1681s-2(b), 1681e(b), 1681i(a)(2)(A), 1681i(a)(4), and 1681i(a)(5)(A), shall be immediately stayed and submitted to binding arbitration pursuant to the Agreement executed by Plaintiff. The remaining claims against all other defendants, if any, are not subject to this Stipulation and shall not be stayed or compelled to arbitration.

2. After sixty days, this Court shall dismiss the Action as it relates to Defendant, but retain jurisdiction to enforce the stipulation to binding arbitration and to confirm the arbitration award rendered therein. The Court shall also retain jurisdiction as to the claims asserted against all other defendants in this action.

3. By signing this stipulation, counsel of record for both Plaintiff and Defendant represent that they have full authority from their respective clients to enter into this stipulation.

4. This stipulation may be completed in duplicate parts and facsimile copies are accepted as originals, all of which shall constitute one and the same stipulation.

5. The Parties have not yet selected an arbitrator, but the Parties expressly agree to select an arbitrator by mutual agreement from AAA; if the Parties are unable to agree on an arbitrator within 60 days of this stipulation, the Parties will seek assistance from the Court for the appointment of an arbitrator. The Parties currently estimate that arbitration of this matter shall be completed by June 1, 2022.

Therefore, the Parties respectfully request that the Court order the Action as it relates to claims against Defendant to be immediately stayed submitted to binding arbitration pursuant to the Agreement executed by Plaintiff.

**IT IS SO STIPULATED.**

Page 2 of 3 -    STIPULATION TO ARBITRATE
AND STAY ALL PROCEEDINGS

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

DATED: September 14, 2021.        HOLLAND & KNIGHT LLP

*s/ Wesley Ridout*
Wesley Ridout (*pro hac vice*)
wesley.ridout@hklaw.com
50 N. Laura Street, Ste. 3900
Jacksonville, FL 32202
Telephone: 904: 798.7327
Fax: 904.358.1872

*Attorneys for Defendant Toyota Motor Credit Corporation*

DATED: September 14, 2021.        SCHUMACHER LANE PPLC

*s/ Kyle Schumacher*
Kyle Schumacher
kyle@schumacherlane.com
P.O. Box 558
Spring Branch, TX 78070
(503) 482-8137 Telephone
(210) 783-1383 Facsimile

*Attorneys for Plaintiff Rachel Byers*

Page 3 of 3 -    **STIPULATION TO ARBITRATE AND STAY ALL PROCEEDINGS**

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014